UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-1804 (MJD/JGL)

ORIGINAL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, PLAINTIFF, | ) | |
| V. | ) | DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE |
| $15,980.00 IN U.S. CURRENCY, DEFENDANT. | ) | |

Based on the plaintiff's motion for an order granting default judgment against Michael Young and all unknown persons and entities having an interest in the defendant currency and for forfeiture of the defendant currency to the plaintiff; on all files and records of this action; and on Court's finding as follows that:

1. a verified Complaint for Forfeiture with supporting affidavit was filed on October 2, 2001, alleging that the defendant currency was subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6);

2. a Warrant of Arrest and Notice <u>In Rem</u> was issued by the Clerk of Court on October 2, 2001, directing the United States Marshal to arrest the defendant currency; to serve all known persons and entities having an interest in the defendant currency with a copy of the Summons, Complaint, and Warrant of Arrest and Notice <u>In Rem;</u> and to give due notice to all known and unknown interested parties and entities to serve on the United States Attorney and file with the Clerk of Court, a verified statement of

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

interest in or right against the defendant currency within 30 days from the date of service and an answer to the Complaint for Forfeiture within 20 days from the filing date of the verified statement;

3. the United States Marshal arrested the defendant currency and served a copy of the Summons, Complaint, Warrant of Arrest and Notice In Rem on Michael Young, through his attorney, David DeSmidt, on October 17, 2001;

4. on information and belief, no one served was an infant, incompetent person or person in the military service of the United States;

5. a notice of the seizure and arrest of the defendant currency was published in the Finance and Commerce, Minneapolis, Minnesota, a newspaper of general circulation in the District of Minnesota, on October 20, October 27, and November 3, 2001, giving notice to all unknown interested persons and entities of the verified statement and answer requirements; and

6. no verified statements of interest in or right against the defendant currency or answers to the Complaint for Forfeiture have been filed, and the time for filing a verified statement and answer has expired;

NOW, THEREFORE, IT IS HEREBY ORDERED that:

1. default judgment is entered against Michael Young and all unknown persons and entities having and interest in the defendant currency; and

2. all the right, title and interest in the defaulted persons and entities in the defendant currency is forfeited to the plaintiff, and no right, title or interest of the defendant currency shall exist in any other person or entity; and

3. the defendant currency shall be disposed of by the plaintiff in accordance with the law.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: May 17, 2002

MICHAEL J. DAVIS, Judge
United States District Court